**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MIKE HOOVER, in his own right,
and as Trustee of the HOOVER REVOCABLE TRUST**                    **PLAINTIFFS**


**V.**                                  **3:07CV0088 JMM**


**UNITED COMPONENTS, INC., d/b/a UCI ACQUISITION
HOLDINGS, INC.; UNITED COMPONENTS, INC., d/b/a
AIRTEX; and UNITED COMPONENTS, INC., d/b/a
MID-SOUTH MANUFACTURING, INC.**                    **DEFENDANTS**


<u>**JUDGMENT**</u>

Pursuant to the Order entered on May 15, 2008, Judgment is hereby entered in favor of

the Defendants.  The Complaint is dismissed with prejudice.  The Clerk is directed to close the

case.

IT IS SO ORDERED this 15th day of May 2008.


_____
James M. Moody
United States District Judge